| | |
|---|---|
| 1 | **Jonathan M. Brenner (SBN 162366)**<br>**jbrenner@sidley.com** |
| 2 | **SIDLEY AUSTIN LLP**<br>**555 West Fifth Street, Suite 4000** |
| 3 | **Los Angeles, California 90013-1010**<br>**Telephone:  (213) 896-6000** |
| 4 | **Facsimile:  (213) 896-6600** |
| 5 | **Robert B. Martin III (SBN 235489)**<br>**rbmartin@sidley.com** |
| 6 | **SIDLEY AUSTIN LLP**<br>**555 California Street, Suite 2000** |
| 7 | **San Francisco, California  94104-1715**<br>**Telephone:  (415) 772-1200** |
| 8 | **Facsimile:  (415) 772-7400** |
| 9 | **Attorneys for Defendant**<br>**DEUTSCHE BANK SECURITIES, INC.** |
| 10 | |
| 11 | **Cliff Palefsky, Esq. (SBN 77683)**<br>**cp@mhpsf.com** |
| 12 | **Scott M. Stillman, Esq. (SBN 267506)**<br>**sstillman@mhpsf.com** |
| 13 | **McGUINN, HILLSMAN & PALEFSKY**<br>**535 Pacific Avenue** |
| 14 | **San Francisco, CA 94133**<br>**Telephone:  (415) 421-9292** |
| 15 | **Facsimile:  (415) 403-0202** |
| 16 | **Attorneys for Plaintiff**<br>**WILLIAM SVOBODA** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM SVOBODA, | ) | Case No. C-10-01788 JCS |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE** |
| DEUTSCHE BANK SECURITIES, INC., | ) ) | |
| Defendant. | ) ) ) ) | Date:  November 12, 2010<br>Time:  1:30 p.m.<br>Judge:  Hon. Joseph C. Spero |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE
CASE NO. C-10-01788 JCS

1      WHEREAS, the Court previously scheduled a further Case Management Conference in this matter for November 12, 2010 at 1:30 p.m., and ordered an updated joint Case Management Conference Statement to be filed by November 5, 2010;

     WHEREAS, the Court further referred this matter to private mediation to be conducted by November 11, 2010, if possible;

     WHEREAS, the parties have scheduled a private mediation for November 11, 2010;

     WHEREAS, because the updated Joint Case Management Conference Statement is now due before the mediation, it will not include an up-to-date status report upon the settlement negotiations between the parties;

     WHEREAS, additional time between the mediation and the further Case Management Conference will permit the parties either to finalize any agreements reached during the mediation, or if no such agreements are reached, provide a more constructive updated Joint Case Management Conference Statement to the Court;

     WHEREAS, in light of the above, the parties have agreed to request a continuance of the further Case Management Conference until December 3, 2010 at 1:30 p.m.;

     THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that the further Case Management Conference is continued until December 3, 2010 at 1:30 p.m., and the deadline to file an updated Joint Case Management Statement is extended until Wednesday, November 24, 2010.

IT IS SO STIPULATED.

Dated: November 5, 2010

                               SIDLEY AUSTIN LLP

                               By: /s/
                                   Robert B. Martin III
                                   Attorneys for Defendant
                                   DEUTSCHE BANK SECURITIES, INC.

1  Dated: November 5, 2010
2                                              MCGUINN, HILLSMAN & PALEFSKY

By: /s/
    Cliff Palefsky
    Attorneys for Plaintiff
    WILLIAM SVOBODA

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order to Continue Further Case Management Conference. In compliance with General Order 45.X.B., I hereby attest that the other signatory has concurred in this filing.

Dated: November 5, 2010

By: /s/
    Robert B. Martin III
    Attorneys for Defendant
    DEUTSCHE BANK SECURITIES, INC.

1

**[~~PROPOSED~~] ORDER**

2  Pursuant to the stipulation of the parties, and for good cause showing, the further Case

3  Management Conference in this matter is continued until December 3, 2010 at 1:30 p.m., and the

4  deadline to file an updated Joint Case Management Statement is extended until Wednesday,

5  November 24, 2010.

6

7  **IT IS SO ORDERED.**

8

9

10  Dated: November 10, 2010



_____
The Honorable Joseph C. Spero
United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28