| | |
|---|---|
| 1 | **Jonathan M. Brenner (SBN 162366)**<br>jbrenner@sidley.com |
| 2 | **SIDLEY AUSTIN LLP**<br>555 West Fifth Street, Suite 4000 |
| 3 | Los Angeles, California 90013-1010<br>Telephone: (213) 896-6000 |
| 4 | Facsimile: (213) 896-6600 |
| 5 | **Robert B. Martin III (SBN 235489)**<br>rbmartin@sidley.com |
| 6 | **SIDLEY AUSTIN LLP**<br>555 California Street, Suite 2000 |
| 7 | San Francisco, California 94104-1715<br>Telephone: (415) 772-1200 |
| 8 | Facsimile: (415) 772-7400 |
| 9 | **Attorneys for Defendant**<br>**DEUTSCHE BANK SECURITIES, INC.** |
| 10 | |
| 11 | **Cliff Palefsky, Esq. (SBN 77683)**<br>cp@mhpsf.com |
| 12 | **Scott M. Stillman, Esq. (SBN 267506)**<br>sstillman@mhpsf.com |
| 13 | **McGUINN, HILLSMAN & PALEFSKY**<br>535 Pacific Avenue |
| 14 | San Francisco, CA 94133<br>Telephone: (415) 421-9292 |
| 15 | Facsimile: (415) 403-0202 |
| 16 | **Attorneys for Plaintiff**<br>**WILLIAM SVOBODA** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM SVOBODA, | ) | Case No. C-10-01788 JCS |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE** |
| DEUTSCHE BANK SECURITIES, INC., | ) ) | |
| Defendant. | ) ) ) ) | Date: February 4, 2011<br>Time: 1:30 p.m.<br>Judge: Hon. Joseph C. Spero |

1     WHEREAS, the Court previously scheduled a further Case Management Conference

2 in this matter for February 4, 2011 at 1:30 p.m., and further ordered an updated Joint Case

3 Management Conference Statement to be filed by January 28, 2011;

4     WHEREAS, the parties have reached a settlement at mediation and will finalize the

5 agreement shortly;

6     WHEREAS, in light of the above, the parties have agreed to request a continuance of

7 the further Case Management Conference until March 4, 2011 at 1:30 p.m.;

8     THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

9 undersigned, subject to approval of the Court, that the further Case Management Conference is

10 continued until March 4, 2011 at 1:30 p.m., and the deadline to file an updated Joint Case

11 Management Statement is extended until Friday, February 25, 2011.

12

13 IT IS SO STIPULATED.

14 Dated: January 28, 2011

    SIDLEY AUSTIN LLP

15

16

17     By: /s/
        Robert B. Martin III
        Attorneys for Defendant
18         DEUTSCHE BANK SECURITIES, INC.

19 Dated: January 28, 2011

    MCGUINN, HILLSMAN & PALEFSKY

20

21

22     By: /s/
        Cliff Palefsky
        Attorneys for Plaintiff
23         WILLIAM SVOBODA

24

25

26

27

28

2
STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE
CASE NO. C-10-01788 JCS

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order to Continue Further Case Management Conference. In compliance with General Order 45.X.B., I hereby attest that the other signatory has concurred in this filing.

Dated: January 28, 2011

By: /s/
Scott M. Stillman
Attorneys for Plaintiff
WILLIAM SVOBODA

1  **[~~PROPOSED~~] ORDER**

2  Pursuant to the stipulation of the parties, and for good cause showing, the further Case

3  Management Conference in this matter is continued until March 4, 2011 at 1:30 p.m., and the

4  deadline to file an updated Joint Case Management Statement is extended until Friday, February 25,

5  2011.

7  **IT IS SO ORDERED.**

9  Dated: January  31, 2011

10  
The Honorable Joseph C. Spero
United States Magistrate Judge