Jonathan M. Brenner (SBN 162366)
jbrenner@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone:	(213) 896-6000
Facsimile:	(213) 896-6600

Robert B. Martin III (SBN 235489)
rbmartin@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104-1715
Telephone:	(415) 772-1200
Facsimile:	(415) 772-7400

Attorneys for Defendant
DEUTSCHE BANK SECURITIES, INC.

Cliff Palefsky, Esq. (SBN 77683)
cp@mhpsf.com
Scott M. Stillman, Esq. (SBN 267506)
sstillman@mhpsf.com
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
WILLIAM SVOBODA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM SVOBODA, | ) | Case No. C-10-01788 JCS |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED]** |
| v. | ) ) | **ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE** |
| DEUTSCHE BANK SECURITIES, INC., | ) ) | |
| Defendant. | ) ) ) ) | Date:	March 4, 2011<br>Time:	1:30 p.m.<br>Judge:	Hon. Joseph C. Spero |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE
CASE NO. C-10-01788 JCS

1  WHEREAS, the Court previously scheduled a further Case Management Conference
2  in this matter for March 4, 2011 at 1:30 p.m., with an updated Joint Case Management Conference
3  Statement due on February 25, 2011;
4  WHEREAS, the parties reached a settlement at mediation and expect this matter to be
5  fully settled by Tuesday, March 1, 2011, at which time Plaintiff intends to file a voluntary dismissal
6  of this matter;
7  WHEREAS, in light of the above, the parties have agreed to request a continuance of
8  the further Case Management Conference until April 1, 2011 at 1:30 p.m.;
9  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
10 undersigned, subject to approval of the Court, that the further Case Management Conference is
11 continued until April 1, 2011 at 1:30 p.m., and the deadline to file an updated Joint Case
12 Management Statement is extended until Friday, March 25, 2011.

IT IS SO STIPULATED.

Dated: February 25, 2011

SIDLEY AUSTIN LLP

By:  /s/
Robert B. Martin III
Attorneys for Defendant
DEUTSCHE BANK SECURITIES, INC.

Dated: February 25, 2011

MCGUINN, HILLSMAN & PALEFSKY

By:  /s/
Cliff Palefsky
Attorneys for Plaintiff
WILLIAM SVOBODA

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order to Continue Further Case Management Conference. In compliance with General Order 45.X.B., I hereby attest that the other signatory has concurred in this filing.

Dated: February 25, 2011

By: /s/
Robert B. Martin III
Attorneys for Defendant
DEUTSCHE BANK SECURITIES, INC.

1  **[PROPOSED] ORDER**

2  Pursuant to the stipulation of the parties, and for good cause showing, the further Case

3  Management Conference in this matter is continued until April 1, 2011 at 1:30 p.m., and the deadline

4  to file an updated Joint Case Management Statement is extended until Friday, March 25, 2011.

5

6  **IT IS SO ORDERED.**

7

8

9  Dated: February 28, 2011



The Hon.
United States

10

11

---

4

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE
CASE NO. C-10-01788 JCS

SF1 1671919v.1