**Jonathan M. Brenner (SBN 162366)**
jbrenner@sidley.com
**SIDLEY AUSTIN LLP**
**555 West Fifth Street, Suite 4000**
**Los Angeles, California 90013-1010**
**Telephone:    (213) 896-6000**
**Facsimile:    (213) 896-6600**

**Robert B. Martin III (SBN 235489)**
rbmartin@sidley.com
**SIDLEY AUSTIN LLP**
**555 California Street, Suite 2000**
**San Francisco, California  94104-1715**
**Telephone:    (415) 772-1200**
**Facsimile:    (415) 772-7400**

**Attorneys for Defendant**
**DEUTSCHE BANK SECURITIES, INC.**

**Cliff Palefsky, Esq. (SBN 77683)**
cp@mhpsf.com
**Scott M. Stillman, Esq. (SBN 267506)**
sstillman@mhpsf.com
**McGUINN, HILLSMAN & PALEFSKY**
**535 Pacific Avenue**
**San Francisco, CA 94133**
**Telephone:  (415) 421-9292**
**Facsimile:   (415) 403-0202**

**Attorneys for Plaintiff**
**WILLIAM SVOBODA**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SVOBODA,<br><br>             Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br><br>             Defendant. | Case No. C-10-01788 JCS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR DISMISSAL WITH**<br>**PREJUDICE** |

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a).

Dated: March 1, 2011

SIDLEY AUSTIN LLP

By: /s/
Robert B. Martin III
Attorneys for Defendant
DEUTSCHE BANK SECURITIES, INC.

Dated: March 1, 2011

MCGUINN, HILLSMAN & PALEFSKY

By: /s/
Cliff Palefsky
Attorneys for Plaintiff
WILLIAM SVOBODA

### [PROPOSED] ORDER

The above-captioned action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a).

IT IS SO ORDERED.

Dated: March _2_, 2011

THE HONORABLE JOSEPH C. SPERO
United States District Magistrate Judge

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order for Dismissal with Prejudice. In compliance with General Order 45.X.B., I hereby attest that the other signatories have concurred in this filing.

Dated: March 1, 2011

By: /s/
Scott M. Stillman
Attorneys for Plaintiff
WILLIAM SVOBODA